UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

FIVE THOUSAND THREE HUNDRED
FIFTY DOLLARS IN UNITED STATES
CURRENCY ($5,350.00),

      Defendant *in Rem*.
_____/

Civil Case No.  2:11-cv-12003

Honorable George Caram Steeh
Magistrate Judge R. Steven Whalen

### ORDER STAYING CIVIL FORFEITURE PROCEEDINGS AND ADMINISTRATIVELY CLOSING CASE

Upon the accompanying Stipulation to Stay Civil Forfeiture Proceeding, and it appearing that good cause for the stay has been shown given that the United States is conducting a criminal investigation related to the instant civil forfeiture case, and the Court being otherwise fully advised in the premises, now, therefore;

**IT IS HEREBY ORDERED** that all proceedings in this civil forfeiture case shall be stayed and administratively closed during the pendency of the criminal investigation and criminal proceedings, if any, or until further order of the Court, without prejudice to either party to seek an advance termination or an extension of the stay.

**IT IS FURTHER ORDERED** that the parties may file a motion to reopen case if necessary.

Dated: August 12, 2011

s/George Caram Steeh
HONORABLE GEORGE CARAM STEEH
United States District Judge